IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT E. GUTHRIE, sui juris; | |
| Petitioner, | 8:25CV132 |
| vs. | |
| PROSECUTOR BRANDI LANG, in her official capacity; | ORDER |
| Respondent. | |

    This matter was summarily remanded to the District Court for Sarpy County, Nebraska on February 26, 2025. (Filing No. 6). This matter is now before the court on the pro se plaintiff's motion to proceed in forma pauperis on appeal. (Filing No. 14). The court has reviewed the motion and the accompanying verified financial statement and the motion will be granted.

    IT IS ORDERED that plaintiff's motion to proceed in forma pauperis on appeal (Filing No. 14), is granted.

Dated this 31st day of March, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge